IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS, Plaintiffs, v. VARIOUS DEFENDANTS, Defendants | This Document Relates to: **Cases on the attached Exhibit "A"** |

FILED
DEC 02 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

This matter coming to be heard on the plaintiffs' on the attached Exhibit "A" Motion to Dismiss Actions Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that all defendants in the actions on the attached Exhibit "A" are dismissed without prejudice and without costs and the statute of limitations is tolled.

This Order is stayed for thirty (30) days after entry so that counsel may adequately notify the affected plaintiffs. Moreover, the cases on the attached Exhibit "A" shall be transferred to the bankruptcy only docket in thirty days.[1]

Date: Dec. 2, 2011

Honorable Eduardo C. Robreno

---

[1] Plaintiffs' counsel is instructed to, in the future, submit Orders dismissing actions only when those Orders are ready to be entered, and not thirty (30) days before then.

# EXHIBIT "A"

| | | | | Original | |
|---|---|---|---|---|---|
| | | Eastern District | | Filing | Original Filing |
| Last Name | First Name | Pennsylvania Case # | Original Case # | State | District |
| Albers | Kenneth | 09-CV-64710 | 01-0065 | IN | SOUTHERN |
| Alvarado | Tom | 08-CV-90932 | 00-0432 | IN | NORTHERN |
| Anderson | Richard | 11-CV-64243 | 11-74 | WI | WESTERN |
| Andrews | Donald | 08-CV-90211 | 01-2016 | IL | NORTHERN |
| Atkins | Roderick | 08-CV-91227 | 01-0084 | IN | NORTHERN |
| Atkins | Roderick | 08-CV-91227 | 01-84 | IN | NORTHERN |
| Augustyniak | Raymond | 08-CV-90054 | 00-1057 | IL | NORTHERN |
| Balistreri | Anthony | 11-CV-63516 | 11-113 | WI | EASTERN |
| Banasiak | Walter | 08-CV-91248 | 01-0188 | IN | NORTHERN |
| Baranczyk | Sylvester | 11-CV-63488 | 11-93 | WI | EASTERN |
| Baugher | Grant | 10-CV-67609 | 99-0509 | IN | NORTHERN |
| Bell | Harry | 08-CV-91230 | 01-0087 | IN | NORTHERN |
| Boles | Howard | 09-CV-65797 | 03-80086 | IA | SOUTHERN |
| Bowens | Willie | 09-CV-61735 | 96-0062 | IN | NORTHERN |
| Brown | Thomas | 11-CV-64240 | 11-64 | WI | WESTERN |
| Brunner | Anthony | Not Yet Assigned, Transferred from: | 88-2190 | IL | CENTRAL |
| Bryant | Willie | 08-CV-91239 | 01-0097 | IN | NORTHERN |
| Budig | Delaine | 11-CV-64237 | 11-61 | WI | WESTERN |
| Burns | John | 08-CV-88389 | 94-0648 | IN | SOUTHERN |
| Cain | James | 08-CV-91097 | 00-0659 | IN | NORTHERN |
| Cobb | Frazier | 08-CV-91104 | 00-0666 | IN | NORTHERN |
| Conti | Quinto | 10-CV-61929 | 95-0464 | WI | EASTERN |
| Cooley | Leroy | 08-CV-91292 | 01-0238 | IN | NORTHERN |
| Crouch | Oscar | 10-CV-64551 | 96-4290 | IL | SOUTHERN |
| Darr | Harold | Not Yet Assigned, Transferred from: | 88-2347 | IL | CENTRAL |
| Dassow | Everett | 11-CV-63507 | 11-99 | WI | EASTERN |
| Demott | John | 08-CV-88526 | IP94-1669-C | IN | SOUTHERN |
| Dennis | Stephen | 10-CV-61421 | 94-C-799-C | WI | WESTERN |
| Dewitt | Clarence | 08-CV-90924 | 00-0384 | IN | NORTHERN |
| Divan | Roy | 08-CV-91203 | 01-0046 | IN | NORTHERN |
| Doyen | Joseph | 08-CV-91066 | 00-0029 | IN | NORTHERN |
| Duffin | Raymond | 08-CV-90205 | 01-2008 | IL | NORTHERN |
| Ellinger | Harold | 09-CV-64700 | 01-0012 | IN | SOUTHERN |
| Emerson | Carl | 08-CV-91044 | 99-0379 | IN | NORTHERN |
| Feehrer | Charles | 10-CV-67823 | 93-C-1417 | WI | EASTERN |
| Fields | Robert | 08-CV-90470 | 01-0031 | IN | NORTHERN |
| Fiorini | Guido | 09-CV-61234 | 91-1179 | WI | EASTERN |
| Fisher | Gene | 10-CV-64695 | 96-0232 | WI | WESTERN |
| Fleck | Peter | 09-CV-60483 | 00-0875 | WI | EASTERN |
| Flynn | Gerald | 11-CV-63510 | 11-105 | WI | EASTERN |
| Gall | Elmer | 11-CV-63513 | 11-110 | WI | EASTERN |

| | | | | Exhibit "A" | | |
|---|---|---|---|---|---|---|
| Last Name | First Name | Eastern District Pennsylvania Case # | Original Case # | Original Filing State | Original Filing District |
| Gaskins | Leonard | 10-CV-67668 | 00-0023 | IN | NORTHERN |
| Gentles | Grady | 08-CV-91116 | 00-0678 | IN | NORTHERN |
| Gentles | Grady | 08-CV-91116 | 2:00CV | IN | NORTHERN |
| Gillmann | Jacob | 10-CV-67769 | 00-0048 | WI | EASTERN |
| Gool | John | 10-CV-64543 | 95-0189 | IL | SOUTHERN |
| Graham | Lloyd | 10-CV-68931 | 99-1266 | IN | SOUTHERN |
| Gray | James | 10-CV-64550 | 91-4274 | IL | SOUTHERN |
| Gray | Lionel | 08-CV-89328 | 01-0189 | IL | SOUTHERN |
| Hall | Frank | 10-CV-62037 | 95-0523 | WI | EASTERN |
| Hamilton | James | 08-CV-91262 | 01-0202 | IN | NORTHERN |
| Hampton | Keith | 08-CV-91890 | 96-4031 | IL | CENTRAL |
| Harris | James | 08-CV-90939 | 00CV494JM | IN | NORTHERN |
| Hawke | Melvin | 09-CV-60504 | 01-0069 | WI | EASTERN |
| Heinecke | George | 10-CV-62039 | 95-0523 | WI | EASTERN |
| Heinz | Larry | 08-CV-91204 | 01-0047 | IN | NORTHERN |
| Helmerich | Gerald | 08-CV-90216 | 01-2421 | IL | NORTHERN |
| Henna | Raymond | 08-CV-89324 | 00-0900 | IL | SOUTHERN |
| Herdina | Robert | 09-CV-61468 | 96-0274 | WI | EASTERN |
| Hiller | Ernest | 08-CV-91737 | 95-1106 | IL | CENTRAL |
| Holman | Donald | Not Yet Assigned, Transferred from: | 88-2084 | IL | CENTRAL |
| Humphrey | John | 08-CV-91285 | 01-0230 | IN | NORTHERN |
| Humphrey | John | 08-CV-91285 | 01-230 | IN | NORTHERN |
| Janes | Jerry | 08-CV-89995 | 99-8533 | IL | NORTHERN |
| Johnson | Felix | 08-CV-90020 | 99-8560 | IL | NORTHERN |
| Joiner | Joe | 10-CV-67670 | 00-0030 | IN | NORTHERN |
| Joseph | Roscoe | 08-CV-91411 | 99-0512 | IN | NORTHERN |
| Kane | James | 11-CV-64238 | 11-62 | WI | WESTERN |
| Kimpfbeck | Eugene | 10-CV-61932 | 95-C-0464 | WI | EASTERN |
| Kinsey | William | 10-CV-67683 | 00-0050 | IN | NORTHERN |
| Koontz | Opal | 10-CV-68936 | 99-1398 | IN | SOUTHERN |
| Kopf | Thomas | 10-CV-68069 | 95-3065 | IL | CENTRAL |
| Kotajarvi | Reginald | 11-CV-63514 | 11-111 | WI | EASTERN |
| Lantta | James | 11-CV-63910 | 11-68 | WI | WESTERN |
| Le Beau | Belmyre | Not Yet Assigned, Transferred from: | 96-1592 | IL | NORTHERN |
| Leopold | Paul | 09-CV-62178 | 97-0884 | WI | WESTERN |
| Lindemann | John | 10-CV-67889 | 00-1447 | WI | EASTERN |
| MacLean | Norman | Not Yet Assigned, Transferred from: | 96-1592 | IL | NORTHERN |
| Magnuson | Raymond | 08-CV-90348 | 00-50210 | IL | NORTHERN |
| Mancoske | Clifford | 10-CV-61844 | 97-0288 | WI | EASTERN |
| Mandujano | Refugio | 09-CV-61454 | 96-0272 | WI | EASTERN |

| Last Name | First Name | Eastern District Pennsylvania Case # | Original Case # | Original Filing State | Original Filing District |
|---|---|---|---|---|---|
| | | Exhibit "A" | | | |
| Mann | George | 09-CV-60295 | 01-0191 | WI | WESTERN |
| Marsh | Roger | 08-CV-91134 | 00-0697 | IN | NORTHERN |
| Martinez | Jesus | 08-CV-91136 | 00-0699 | IN | NORTHERN |
| Matthews | Glenn | 09-CV-60340 | 93-1311 | WI | EASTERN |
| McCray | Edwin | 08-CV-91200 | 01-0043 | IN | NORTHERN |
| McCray | Edwin | 08-CV-91200 | 01CV 043JM | IN | NORTHERN |
| McGrew | Lilian | 08-CV-91265 | 01-0206 | IN | NORTHERN |
| McKinley | James | 08-CV-91139 | 00-0702 | IN | NORTHERN |
| McTee | James | Not Yet Assigned, Transferred from: | 04-4645 | IL | NORTHERN |
| Melzer | Daniel | 10-CV-67887 | 99-1080 | WI | EASTERN |
| Merline | John | 11-CV-63485 | 11-84 | WI | EASTERN |
| Moore | George | 08-CV-91869 | 00-3332 | IL | CENTRAL |
| Moss | Clifford | 10-CV-61336 | 00-0009 | WI | WESTERN |
| Murphy | Edward | 08-CV-91141 | 00-0704 | IN | NORTHERN |
| Nichols | Nathaniel | 08-CV-91251 | 01-0191 | IN | NORTHERN |
| Nichols | Philip | 08-CV-91209 | 01-0052 | IN | NORTHERN |
| Nicoson | Donald | 09-CV-64705 | 01-0023 | IN | SOUTHERN |
| Novak | Judy | 11-CV-63909 | 11-77 | WI | WESTERN |
| OMalley | John | 10-CV-67693 | 00-0066 | IN | NORTHERN |
| Oliver | Howard | 10-CV-67633 | 99-0364 | IN | NORTHERN |
| Ortiz | Juan | 08-CV-91193 | 00-0788 | IN | NORTHERN |
| Osmoe | Jerome | 08-CV-91864 | 99-3227 | IL | CENTRAL |
| Paape | Lester | 10-CV-61952 | 97-0250 | WI | EASTERN |
| Papesh | Ralph | 11-CV-63486 | 11-91 | WI | EASTERN |
| Perez | Reynaldo | 08-CV-91346 | 03-0092 | IN | NORTHERN |
| Pergande | Norman | 11-CV-63509 | 11-102 | WI | EASTERN |
| Petruska | Joseph | 10-CV-61434 | 94-C-799-C | WI | WESTERN |
| Pomykala | Edwin | Not Yet Assigned, Transferred from: | 96-1594 | IL | NORTHERN |
| Rainer | Archie | 09-CV-60512 | 01-0102 | WI | EASTERN |
| Ramsey | Garrett | 08-CV-88685 | 01-0092 | IN | SOUTHERN |
| Ratsch | Gerald | 09-CV-60292 | 01-0188 | WI | WESTERN |
| Ray | Melvin | 09-CV-60502 | 00-1632 | WI | EASTERN |
| Reas | Robert | 10-CV-67773 | 01-0363 | WI | EASTERN |
| Reising | Francis | 11-CV-64242 | 11-66 | WI | WESTERN |
| Richardson | Fred | 08-CV-91152 | 00-0715 | IN | NORTHERN |
| Riffice | John | 08-CV-90067 | 00-2036 | IL | NORTHERN |
| Roach | Sybil | 11-CV-63505 | 11-97 | WI | EASTERN |
| Robertson | Tad | 08-CV-90136 | 00-5159 | IL | NORTHERN |
| Robisky | Raymond | Not Yet Assigned, Transferred from: | 96-1594 | IL | NORTHERN |
| Saldivar | Guadalupe | 08-CV-91156 | 00-0719 | IN | NORTHERN |

| | | Exhibit "A" | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Eastern District Pennsylvania Case # | Original Case # | Original Filing State | Original Filing District |
| Saldivar | Guadalupe | 08-CV-91156 | 2:00CV | IN | NORTHERN |
| Sanchez | Rudolph | 08-CV-91257 | 01-0197 | IN | NORTHERN |
| Scheve | Jean | 09-CV-60963 | 96-1593 | IL | NORTHERN |
| Schlagel | Larry | 08-CV-91311 | 01-0282 | IN | NORTHERN |
| Schultz | Clifford | 11-CV-63487 | 11-92 | WI | EASTERN |
| Schultz | George | 09-CV-60276 | 00-0682 | WI | WESTERN |
| Schumacher | Eugene | 11-CV-63515 | 11-112 | WI | EASTERN |
| Schutkovske | Richard | 10-CV-67713 | 00-0094 | IN | NORTHERN |
| Shelly | Jesse | 08-CV-91162 | 00-0725 | IN | NORTHERN |
| Siefert | Raymond | 08-CV-90198 | 01-1978 | IL | NORTHERN |
| Slater | Allan | 11-CV-63504 | 11-95 | WI | EASTERN |
| Smith | Earl | 11-CV-64236 | 11-60 | WI | WESTERN |
| Smithson | James | 08-CV-90215 | 01-2021 | IL | NORTHERN |
| Smock | Robert | 09-CV-64752 | 00-0021 | IN | SOUTHERN |
| Solorio | Erasmo | 08-CV-90277 | 03-8176 | IL | NORTHERN |
| Taggert | Fred | 08-CV-89442 | 99-4137 | IL | SOUTHERN |
| Tapio | Hubert | 11-CV-63489 | 11-94 | WI | EASTERN |
| Taylor | Robert | 08-CV-89458 | 01-4002 | IL | SOUTHERN |
| Thomas | Eddie | 10-CV-67639 | 99-0374 | IN | NORTHERN |
| Treml | Joseph | 11-CV-63492 | 11-104 | WI | EASTERN |
| Valentine | Melvin | 11-CV-63494 | 11-109 | WI | EASTERN |
| Voeks | Harold | 09-CV-60477 | 00-0050 | WI | EASTERN |
| Webber | Terrence | 08-CV-90923 | 00-0383 | IN | NORTHERN |
| Wilson | John | 09-CV-61781 | 95CV-227JM | IN | NORTHERN |
| Woodson | Benjamin | 10-CV-67676 | 00CV039JM | IN | NORTHERN |
| Yeager | Charles | 10-CV-67673 | 00-0034 | IN | NORTHERN |
| Zwanzig | William | 08-CV-90270 | 03-5390 | IL | NORTHERN |

Certificate of Service

**CC By Mail:**

| | | |
|---|---|---|
| G. HEATH | JERRY HEARN | ZENAIDA FALCON |
| JAMES WHEELER | CHUNG-HAN LEE | ARMSTRONG |
| JOAN IRICK | DANIEL OVERBEY | MICHAEL KOKAL |
| R. STOMMEL | DEMARCUS GORDON | PATRICIA MCCARTHY |
| THOMAS HAYES | MARK JOHNSON | STEPHEN KAUFMANN |
| KURTIS REEG | BRIAN TARNOW | THOMAS WILSON |
| MARY ANN HATCH | JOHN CHILDERS | ZANE LUCAS |
| ROBERT SANDS | MATTHEW GARRETT | BARBARA ARISON |
| SEAN SHEEHAN | ROBERT HALEY | DONALD CARLSON |
| BETH GORI | CAMERON TURNER | MICHAEL CIESLEWICZ |
| DEAN PANOS | ELIZABETH NIENDORF | RICHARD BOLTON |
| DONALD WARD | TRACY FERAK | VANI SINGHAL |
| STEPHANIE SCHARF | AMBER ACHILLES | J. GASS |
| BEVERLY GARNER | BRUCE KAMPLAIN | CHARLES BOHL |
| DAVID MUELLER | JAMES SNYDER | JOSEPH MARCONI |
| DEBORAH SOLMOR | LEE BAKER | ANNETTE ZIEGLER |
| DENNIS DOBBELS | JEFFREY MCKEAN | J. FITZGERALD |
| JAN DODD | JEFFREY ZIPES | JEFFREY SCHMECKPEP |
| MARK RAKOCZY | VICTORIA NILLES | STEVEN CELBA |
| MICHAEL HENNIG | DAVID NILLES | C. KOEBELE |
| NICOLE BEHNEN | KRISTEN SMITH | DAVID BARTEL |
| STEPHEN MAASSEN | THOMAS EHRHARDT | JAMES CULHANE |
| ANDREW CROSS | JOSEPH ALBERTS | JEROME KRINGS |
| JENNIFER JOHNSON | PETER HATTON | MARK VELGUTH |
| RICHARD STEINKEN | ANDREW WOLF | R. MUTH |
| SUSAN GUNTY | ANDREW YODER | JACK RILEY |
| BILLEE LIGHTVOET | ROBERT BOUGHTER | KEVIN GREENWOOD |
| BRIAN FIELDS | GUS SACOPULOS | LEON TODD |
| CAROL TATE | JAMES WILLIAMS | BRIAN TREXELL |
| CHRISTOPHER RAISTRICK | ANDREW KOLB | CAROL PRYGROSKY |
| CRAIG LILJESTRAN | BRUCE MARR | GINO ALIA |
| DEVLIN SCHOOP | DIEDRE DUNN | JAMES HAUSER |
| FRANCIS MORRISSEY | EDWARD MACCABE | KEVIN LONG |
| JACK BLOCK | DAVID MATTINGLY | RONALD CURTIS |
| KENNETH GORENBERG | CHARLES DARGO | SUSAN HANSEN |
| MEREDITH RINGLER | KEITH HAYS | FRANK DAILY |
| ROBERT SHUFTAN | LAURE FLANIKEN | DONALD BROAD |
| RUSSELL HOOVER | SANJAY SHIVPURI | JENNIFER FARDY |
| WILLIAM JOHNSON | TANYA HATFIELD | JOHN MCDAVID |
| DANIEL CHEELY | DENIS RISCHARD | KARL KOONS |
| MELISSA SKILKEN | JOHN HELLER | RICHARD HUSER |
| BEAU SEFTON | JOSEPH O'HARA | DANIEL HARTNETT |
| WILLIAM MAHONEY | MAUREEN KELLY | DAVID ELDERKIN |
| KEVIN REID | MURRAY ABOWITZ | J. RIGG |
| CLARKE GILLESPIE | P. CREBS | JACK PAIGE |
| DEREK SMITH | JOHN NOLAN | MARK THOMAS |
| MARY GAY | TERENCE SELBY | BRIAN CAHILL |
| RICHARD SAPP | THOMAS MURRAY | DENNIS GRABER |
| ROGER LATHROP | BRIAN EBENER | JOSEPH STALMACK |
| ROSCOE RIES | KRISTINE KRAFT | TIMOTHY UEBER |
| WILLIAM HUGHES | W. WELSH | JOHN KREIGHBAUM |
| DANIEL JARDINE | ANNE STINNEFORD | TIMOTHY BROWN |
| ROBERT KOPKA | DANIEL GRAHAM | CHRISTOPHER NICHOLS |
| JANE DRAGISIC | DEIRDRE GALLAGHER | MICHAEL KAEDING |
| MICHAEL GLACKIN | JAMES HAFELE | RYAN BRAITHWAIT |
| ANGELA DESLOGE | JAMES TOOHEY | JOHN EMERY |
| CHRISTOPHER KALLAHER | JOEL POOLE | MARK SCHMITT |
| DONALD FELLOWS | ROBERT SHULTZ | THADDEUS STANKOWSKI |
| DONALD LIEB | STEVEN SANDERS | MICHAEL BISHOP |
| GEORGE SOULE | DANIEL FARROLL | LINDA GRAFT |
| JEFFREY JANIK | GREGORY FIKE | DAVID MORRIS |
| JEFFREY SWAN | JEFFREY REEL | |

Certificate of Service

| | | |
|---|---|---|
| JOAN PHILLIPS | JOSHUA MURPHY | |
| KATHLEEN MURPHY | KENNETH HEINEMAN | |
| NORA PLATT | PATRICK PHILLIPS | |
| RICHARD NIESS | THOMAS ORRIS | |

**CC By Email:**

| | | |
|---|---|---|
| AMANDA SUMMERLIN | DOUGLAS POLAND | JONATHAN PARRINGTON |
| ALLEN VAUGHAN | DAVID SZLANFUCHT | JOSEPH REJANO |
| ADAM JAGADICH | DANIEL TRACHTMAN | JASON RUBIN |
| AMIEL GROSS | DAVID YBARRA | JEFFREY HEBRANK |
| ANDREW VOSS | ERIC CARLSON | JOHN SHEFFER |
| ANTHONY GOLDNER | EDWARD CASMERE | JOSEPH SULLIVAN |
| AHNDREA VANDENELZE | EDWARD CRANE | C. DOUGLAS |
| DENNIS CANTRELL | EDWARD MATUSHEK | KATHRYN DOWNEY |
| SUSAN MEHRINGER | EDWARD MCCAMBRIDG | KENT ROGERS |
| BASIL DISIPIO | EMILY ZAPOTOCNY | KEVIN KNIGHT |
| WILLIAM CROKE | DAVID FANNING | KIRK HARTLEY |
| BRETT LARSEN | GREGORY COCHRAN | KIMBERLY SARFF |
| ROBERT MCCOY | G. BRUCH | KNIGHT ANDERSON |
| BRUCE CLARK | GERMAINE WILLETT | KENNETH NUSSBAUMER |
| BRYAN SKELTON | GREGORY MCNAMEE | KENT PLOTNER |
| CARMEN ANDERSON | GREGORY LYONS | KURT REITZ |
| CAROL ZUCKERMAN | JAMES KASPER | KATHERINE SPITZ |
| CURTIS BAILEY | JOHN BABIONE | LISA DILLMAN |
| CHRISTOPHER BANASZAK | JON BAROOSHIAN | LAUREL JOHNSON |
| CHRISTOPHER P.BANASZAK | JENNIFER BLACKWELL | LAURIE MCLEROY |
| TEIRNEY CHRISTENSO | JAMES BOYERS | LANCE MUELLER |
| CHRISTOPHER CONRAD | JOSEPH CAGNOLI | MARK TIVIN |
| CHARLES JOLEY | JEROME FERIANCEK | MARK DESROCHERS |
| CHRISTOPHER LARSON | JOSHUA LEE | MARK FELDMANN |
| CHRISTOPHER LEE | JOSHUA SCHEETS | MARTHA REGGI |
| CYNTHIA LOCKE | JON FREDRICKSO | MICHAEL BERGIN |
| C. EVERT | JOHN FONSTAD | MICHAEL CASCINO |
| CLARE MAISANO | JAMES JACOBSON | MICHAEL DENNING |
| CATHERINE MOHAN | JOSHUA JOHANNINGM | JAMES CARTER |
| CONNIE POSTELLI | JASON KENNEDY | CHRISTOPHER TRIBLE |
| DANIEL O'CONNELL | JOSEPH KRASOVEC | KIMBERLY HILLMAN |
| DANIEL LONG | JOHN KUROWSKI | STEPHEN BUSCH |
| DEMETRA CHRISTOS | JOHN LAFFEY | MICHAEL DRUMKE |
| DAVID DOGAN | ANDREW DETHERAGE | MAJA EATON |
| DANIEL DONAHUE | JONATHAN LIVELY | MATTHEW FISCHER |
| DAVID KELLEHER | JONATHAN MATTINGLY | MARGARET FOSTER |
| DOUGLAS KING | JAMES MORRISON | MICHAEL ZUKOWSKI |
| DANIEL MANNA | JOHN SEEBOHM | MITCHELL MOSER |
| DANIEL MCGRATH | JAMES MURRAY | MATTHEW JARDINE |
| DAVID SETTER | CHRISTI JONES | MARK LOCKETT |
| DONALD ORZESKE | JONATHAN ZWEIZIG | JAMES NIQUET |
| JOHN DOUGLAS | J. BRADLEY | MARGARET CHAPLINSKY |

Certificate of Service

| | |
|---|---|
| HOWARD MORRIS | JENNIFER STUDEBAKER |
| MITCHELL PINSLY | TODD BARSUMIAN |
| W. REBER | THOMAS GILLIGAN |
| MICHAEL ROSENBERG | THOMAS GONZALEZ |
| MATTHEW THIBODEAU | TIMOTHY KAPSHANDY |
| ROBERT SCHROEDER | THOMAS KERNELL |
| PETER MARKS | TIMOTHY KRIPPNER |
| FREDERICK MUELLER | THOMAS NORBY |
| DANIEL MULHOLLAND | THOMAS CANNON |
| NICHOLAS NIZAMOFF | TIMOTHY PAGEL |
| NATHAN FRONK | TIMOTHY PIKE |
| NATHAN QUAGLIA | THOMAS THIBODEAU |
| OLLIE HARTON | THOMAS SCHMITZER |
| PATRICK LAMB | THOMAS SCHRIMPF |
| PETER MCKENNA | EDWARD STUKES |
| PAUL O'FLAHERTY | THOMAS TARDY |
| DOUGLAS PROCHNOW | TOBIN TAYLOR |
| PATRICK WELLS | THOMAS WALTON |
| PAUL WOJCICKI | TREVOR WILL |
| PATRICK STUFFLEBEA | VIRGINIA GIOKARIS |
| REGINALD BISHOP | WILLIS TRIBLER |
| RICHARD SCHUSTER | WILLIAM SHENKENBER |
| ROBERT SHARP | WALTER WATKINS |
| RAYMOND FOURNIE | JAMES WYNNE |
| RAYMOND MODESITT | |
| RUSSELL SCOTT | |
| ROBERT MEYER | |
| RICHARD LAUTH | |
| ROGER HEIDENREIC | |
| RONALD HACK | |
| RICHARD RIEGNER | |
| ROBERT RILEY | |
| ROBERT GOLDMAN | |
| RICK SHEA | |
| ROBERT SPINELLI | |
| REED SUGG | |
| CLARE RUSH | |
| STEVEN CARLSON | |
| SCOTT SIMPKINS | |
| WILLIAM SERRITELLA | |
| SHEILA BIRNBAUM | |
| LESLEY SHERMETA | |
| STEVEN KIRSCH | |
| SHAWANE LEE | |
| ROBERT SPITKOVSKY | |
| SCOTT THOMSEN | |
| SARAH PAGELS | |